IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DERRICK BERNARD JACKSON,           *

         Plaintiff,           *

v.                      Case No.  5:25-cv-00333-MTT-ALS

                      *

JUDGE ALISON BURSLESON et al,    

                      *

         Defendants.

_____    *

## **J U D G M E N T**

Pursuant to this Court's Order dated 3/10/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 10th day of March, 2026.

                     David W. Bunt, Clerk


                     s/ Raven K. Alston, Deputy Clerk